# PRA RECEIVABLES MANAGEMENT, LLC

P.O. Box 41067  Norfolk, VA  23541-1067
PHONE (877) 829-8298   FAX (757) 961-3500

*RECEIVED JUN 10 2010 U.S. Bankruptcy Court Greensboro, NC*

June 7, 2010

Edward Boltz, Esq
1738-D Hillandale Road
Durham, NC 27705

By Facsimile Transmission: 919-286-2704

RE:   Donald Jay McCauley
      09-81025

We are in receipt of your objection to claim #9 of Portfolio Recovery Associates, LLC. Enclosed, please find documentation to further substantiate our claim. Please review and, if sufficient, consider withdrawing your objection. We will also amend the claim to include this documentation upon your approval. We have also sent a separate request for consent to withdraw claim #10 as it is a duplicate of claim #9.

If I may be of any further assistance, please do not hesitate to contact me.

Thank you for your attention to this matter.

*Kimberly Gray*

Kimberly Gray
Bankruptcy Processing Clerk II
Portfolio Recovery Associates, LLC
PRA Receivables Management, LLC
P.O. Box 41067
Norfolk, VA 23541
877-829-8298 ext. 12140
kgray@portfoliorecovery.com


CC:
Richard M. Hutson, II, Chapter 13 Trustee
Clerk of Court, US Bankruptcy Court

## AFFIDAVIT REGARDING CONSUMER ACCOUNT PURCHASE

State of Virginia
(AT LARGE) ss.

Carol E. Hardy, Vice President of Bankruptcy, PRA Receivables Management, LLC, being first sworn, deposes and says as follows:

1. Affiant is a Vice President for PRA Receivables Management, LLC, agent for Portfolio Recovery Associates, LLC, which is doing business at 130 Corporate Boulevard, Norfolk VA 23502, and that she is authorized to make the statements and representations herein.

2. On or prior to 09/24/2009 there was due and payable from MCCAULEY; DONALD, to FIA CARD SERVICES, N.A. ("Seller"), account number XXXX-XXXX-XXXX-1083, in accordance with the terms of the credit agreement.

3. The said account was, on 09/24/2009, sold, transferred, and set over unto Portfolio Recovery Associates, LLC, with full power and authority to do and perform all acts necessary for the collection, settlement, adjustment, compromise or satisfaction of the said claim. Further, Affiant states that to the best of Affiant's knowledge, information and belief there were no uncredited payments, just counterclaims or offsets against the said debt when purchased. Further, the affiant acknowledges that Portfolio Recovery Associates, LLC is the owner of said account and all interest therein, and that Portfolio Recovery Associates, LLC has complete authority to settle, adjust, compromise and satisfy the same and that Seller has no further interest in said debt for any purpose.

Carol E. Hardy, Vice President of Bankruptcy
PRA Receivables Management, LLC

The above affidavit was subscribed and sworn to before me, a Notary Public, This _7th_ day of _June_, 20_10_

Notary Public

Adelaide Hageman
Notary Public
Commonwealth of Virginia
My Commission Expires 9/30/2011
Registration No. 7127297

My commission expires: _9-30-2011_

# Elon University


WorldPoints

| Prepared for: | DONALD MCCAULEY | February 2009 Statement | |
|---|---|---|---|
| Account Number: | 1083 | Credit Line: | $21,000.00 |
| | | Cash or Credit Available: | $589.76 |

## Account Information

**Summary of Transactions**
| | |
|---|---|
| Previous Balance | $20,646.72 |
| Payments and Credits − | $400.00 |
| Purchases and Adjustments + | $0.00 |
| Periodic Rate Finance Charges + | $163.52 |
| Transaction Fee Finance Charges + | $0.00 |
| **New Balance Total** | **$20,410.24** |

**Billing Cycle and Payment Information**
| | |
|---|---|
| Days in Billing Cycle | 29 |
| Closing Date | 02/20/09 |
| Payment Due Date | 03/16/09 |
| Current Payment Due | $365.00 |
| Past Due Amount + | $0.00 |
| Total Minimum Payment Due | $365.00 |

**Customer Service**
For Information on Your Account Visit:
www.bankofamerica.com
Call toll-free 1-800-789-6685
TDD hearing-impaired 1-800-346-3178
Mail Payments to:
BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886-5019
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

## Transactions

| Payments and Credits | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| PAYMENT - ELECTRONIC | | | 02/12 | | | 400.00 CR |

**WORLDPOINTS**
- 0 MONTHLY EARNINGS
- 0 BONUS POINTS THIS MONTH
- 21,243 POINTS AVAILABLE

## Important Information About Your Account

ENJOY SPECIAL DISCOUNTS AT HERTZ.COM WHEN YOU USE CDP# 160018.

MAKE BUDGETING AND TAX PREPARATION EASIER WITH THE 2008 YEAR-END SUMMARY.
ORDER THIS DETAILED SPENDING SUMMARY FOR $9.95 BY CALLING 1-866-491-1141.

HELP PROTECT YOUR CREDIT. SIGN UP FOR THE PRIVACY ASSIST PREMIER(TM) SERVICE
TO HELP FIGHT IDENTITY THEFT. LEARN MORE AT WWW.BANKOFAMERICA.COM/TODAY

REGISTER WITH ONLINE BANKING TO RECEIVE MERCHANT DISCOUNTS UP TO 20%
WWW.BANKOFAMERICA.COM/DISCOUNTS

---

18   020410240003650000040000000             1083

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886-5019

DONALD MCCAULEY
262 THORNCREST DR
TIMBERLAKE NC  27583-8491-625



Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.

**Payment Information**
ACCOUNT NUMBER: 1083
NEW BALANCE TOTAL: $20,410.24
PAYMENT DUE DATE: 03/16/09
TOTAL MINIMUM PAYMENT DUE $365.00
Enter Payment Amount Enclosed $ _____

Mail this payment coupon along with a check or money order payable to: BANK OF AMERICA

⑆524022250⑆       1083⑈

# Elon University



Prepared for: DONALD MCCAULEY  
Account Number: 1083

February 2009 Statement  
Credit Line: $21,000.00  
Cash or Credit Available: $589.76

## Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.027370% | 9.99% | S | $0.00 |
| Cash Advances | | 0.068466% | 24.99% | S | $0.00 |
| Purchases | | 0.027370% | 9.99% | S | $20,601.75 |

Annual Percentage Rate for this Billing Period: 9.99%  
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

APR Type Definitions: APR Type: S= Standard APR (APR normally in effect)

# Elon University



Prepared for: DONALD MCCAULEY
Account Number: 1083

March 2009 Statement
Credit Line: $21,000.00
Cash or Credit Available: $827.79

## Account Information

| Summary of Transactions | | |
|---|---|---|
| Previous Balance | | $20,410.24 |
| Payments and Credits | - | $400.00 |
| Purchases and Adjustments | + | $0.00 |
| Periodic Rate Finance Charges | + | $161.97 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $20,172.21 |

| Billing Cycle and Payment Information | |
|---|---|
| Days in Billing Cycle | 29 |
| Closing Date | 03/21/09 |
| Payment Due Date | 04/16/09 |
| Current Payment Due | $362.00 |
| Past Due Amount + | $0.00 |
| Total Minimum Payment Due | $362.00 |

**Customer Service**
For Information on Your Account Visit:
www.bankofamerica.com
Call toll-free 1-800-789-6685
TDD hearing-impaired 1-800-346-3178
Mail Payments to:
BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886-5019
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

## Transactions

| Payments and Credits | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| PAYMENT - ELECTRONIC | | 03/16 | | | | 400.00 CR |

```
WORLDPOINTS
     0  MONTHLY EARNINGS
     0  BONUS POINTS THIS MONTH
21,243  POINTS AVAILABLE
```

## Important Information About Your Account

ENJOY SPECIAL DISCOUNTS AT HERTZ.COM WHEN YOU USE CDP# 160018.

TAX TIME IS HERE! CALL 1-866-491-1142 FOR DELIVERY OF THE 2008 YEAR-END SUMMARY WITHIN 4 BUSINESS DAYS FOR ONLY $19.95.

HELP PROTECT YOUR CREDIT. SIGN UP FOR THE PRIVACY ASSIST PREMIER(TM) SERVICE TO HELP FIGHT IDENTITY THEFT. LEARN MORE AT WWW.BANKOFAMERICA.COM/TODAY

LEARN HOW TO USE YOUR MASTERCARD CARD TO PAY ALL YOUR MONTHLY BILLS
WWW.MASTERCARD.COM/BILLPAY

---

18    0201722100036200000400000000              1083

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886-5019

DONALD MCCAULEY
262 THORNCREST DR
TIMBERLAKE NC  27583-8491-625



☐ Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER: 1083
NEW BALANCE TOTAL: $20,172.21
PAYMENT DUE DATE: 04/16/09

TOTAL MINIMUM PAYMENT DUE
$362.00

Enter Payment Amount Enclosed
$ _____

Mail this payment coupon along with a check or money order payable to: BANK OF AMERICA

:524022250:   1083

Case 09-81025    Doc 40    Filed 06/10/10    Page 5 of 13

# Elon University



Prepared for: DONALD MCCAULEY  
Account Number: 1083

March 2009 Statement  
Credit Line: $21,000.00  
Cash or Credit Available: $827.79

## Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.027370% | 9.99% | S | $0.00 |
| Cash Advances | | 0.068466% | 24.99% | S | $0.00 |
| Purchases | | 0.027370% | 9.99% | S | $20,405.83 |

Annual Percentage Rate for this Billing Period: 9.99%  
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

APR Type Definitions: APR Type: S= Standard APR (APR normally in effect)

# Elon University



| Prepared for: | DONALD MCCAULEY | April 2009 Statement | |
|---|---|---|---|
| Account Number: | 1083 | Credit Line: | $21,000.00 |
| | | Cash or Credit Available: | $616.87 |

## Account Information

| Summary of Transactions | | | Billing Cycle and Payment Information | |
|---|---|---|---|---|
| Previous Balance | | $20,172.21 | Days in Billing Cycle | 31 |
| Payments and Credits | − | $0.00 | Closing Date | 04/21/09 |
| Purchases and Adjustments | + | $39.00 | | |
| Periodic Rate Finance Charges | + | $171.92 | Payment Due Date | 05/15/09 |
| Transaction Fee Finance Charges | + | $0.00 | Current Payment Due | $412.00 |
| | | | Past Due Amount + | $362.00 |
| New Balance Total | | $20,383.13 | Total Minimum Payment Due | **$774.00** |

### Customer Service
For Information on Your Account Visit:
www.bankofamerica.com
Call toll-free 1-800-789-8685
TDD hearing-impaired 1-800-346-3178
Mail Payments to:
BANK OF AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

## Transactions

| Purchases and Adjustments | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| LATE FEE FOR PAYMENT DUE 04/16 | | 04/16 | 04/16 | 0172 | | 39.00 |

```
WORLDPOINTS
     0   MONTHLY EARNINGS
     0   BONUS POINTS THIS MONTH
21,243   POINTS AVAILABLE
```

## Important Information About Your Account

YOUR PAYMENT WAS NOT RECEIVED BY THE DUE DATE. TO AVOID FUTURE FEES OR RATE INCREASES, PLEASE MAKE YOUR PAYMENTS ON TIME AND REMAIN UNDER YOUR CREDIT LIMIT. REMEMBER, IF TWICE IN 12 MONTHS YOUR PAYMENT IS RECEIVED AFTER THE DUE DATE AND/OR YOUR CREDIT LIMIT IS EXCEEDED, YOUR APR MAY INCREASE.

YOU'VE BEEN ISSUED A CUSTOMER THANK-YOU. GO TO WWW.MYBONUSCENTER.COM/44827 FOR DETAILS AND TO MAKE YOUR SELECTIONS. ACT NOW BEFORE IT EXPIRES ON JUNE 5, 2009.

ENJOY SPECIAL DISCOUNTS AT HERTZ.COM WHEN YOU USE CDP# 160018.

18    02038313000774000040000000                    1083

BANK OF AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726

DONALD MCCAULEY
262 THORNCREST DR
TIMBERLAKE NC  27583-8491-625



⑈524022250⑈        1083⑈

# Elon University



Prepared for: DONALD MCCAULEY  
Account Number: 1083

April 2009 Statement  
Credit Line: $21,000.00  
Cash or Credit Available: $616.87

## Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.027370% | 9.99% | S | $0.00 |
| Cash Advances | | 0.068466% | 24.99% | S | $0.00 |
| Purchases | | 0.027370% | 9.99% | S | $20,262.80 |

Annual Percentage Rate for this Billing Period: 9.99%  
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

APR Type Definitions: APR Type: S= Standard APR (APR normally in effect)

Case 09-81025    Doc 40    Filed 06/10/10    Page 8 of 13

# Elon University



Prepared for: DONALD MCCAULEY
Account Number: 1083

May 2009 Statement
Credit Line: $21,000.00
Cash or Credit Available:

## Account Information

| Summary of Transactions | | |
|---|---|---|
| Previous Balance | | $20,383.13 |
| Payments and Credits | − | $0.00 |
| Purchases and Adjustments | + | $39.00 |
| Periodic Rate Finance Charges | + | $162.47 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $20,584.60 |

| Billing Cycle and Payment Information | |
|---|---|
| Days in Billing Cycle | 29 |
| Closing Date | 05/20/09 |
| Payment Due Date | 06/14/09 |
| Current Payment Due | $405.00 |
| Past Due Amount + | $774.00 |
| Total Minimum Payment Due | **$1,179.00** |

**Customer Service**
For Information on Your Account Visit:
www.bankofamerica.com
Call toll-free 1-800-789-6685
TDD hearing-impaired 1-800-346-3178
Mail Payments to:
BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886-5019
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

## Transactions

| Purchases and Adjustments | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| LATE FEE FOR PAYMENT DUE 05/15 | | 05/15 | 05/15 | 0383 | | 39.00 |

```
WORLDPOINTS
     0  MONTHLY EARNINGS
     0  BONUS POINTS THIS MONTH
21,243  POINTS AVAILABLE
```

## Important Information About Your Account

YOUR PAYMENT WAS NOT RECEIVED BY THE DUE DATE. TO AVOID FUTURE FEES OR RATE INCREASES, PLEASE MAKE YOUR PAYMENTS ON TIME AND REMAIN UNDER YOUR CREDIT LIMIT. REMEMBER, IF TWICE IN 12 MONTHS YOUR PAYMENT IS RECEIVED AFTER THE DUE DATE AND/OR YOUR CREDIT LIMIT IS EXCEEDED, YOUR APR MAY INCREASE.

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE

## Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.027370% | 9.99% | S | $0.00 |
| Cash Advances | | 0.068466% | 24.99% | S | $0.00 |
| Purchases | | 0.027370% | 9.99% | S | $20,469.50 |

Annual Percentage Rate for this Billing Period: 9.99%
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

APR Type Definitions: APR Type: S= Standard APR (APR normally in effect)

---

18    02058460001179000004000000    1083

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886-5019

DONALD MCCAULEY
101 PLANTERS CREEK DR
MYRTLE BEACH SC 29579-8229

☐ Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.

**Payment Information**

**ACCOUNT NUMBER:** 1083
**NEW BALANCE TOTAL:** $20,584.60
**PAYMENT DUE DATE:** 06/14/09

TOTAL MINIMUM PAYMENT DUE
$1,179.00

Enter Payment Amount Enclosed:
$

Mail this payment coupon along with a check or money order payable to: BANK OF AMERICA

⑆524022250⑆    1083⑉

Case 09-81025    Doc 40    Filed 06/10/10    Page 9 of 13

# Elon University

Prepared for: DONALD MCCAULEY  
Account Number: 1083

May 2009 Statement  
Credit Line: $21,000.00  
Cash or Credit Available:


WorldPoints

## Account Information

### Summary of Transactions
| | |
|---|---|
| Previous Balance | $20,383.13 |
| Payments and Credits − | $0.00 |
| Purchases and Adjustments + | $39.00 |
| Periodic Rate Finance Charges + | $162.47 |
| Transaction Fee Finance Charges + | $0.00 |
| **New Balance Total** | **$20,584.60** |

### Billing Cycle and Payment Information
| | |
|---|---|
| Days in Billing Cycle | 29 |
| Closing Date | 05/20/09 |
| Payment Due Date | 06/14/09 |
| Current Payment Due | $405.00 |
| Past Due Amount + | $774.00 |
| **Total Minimum Payment Due** | **$1,179.00** |

### Customer Service
For Information on Your Account Visit  
www.bankofamerica.com  
Call toll-free 1-800-789-6685  
TDD hearing-impaired 1-800-346-3178  
Mail Payments to:  
BANK OF AMERICA  
P.O. BOX 15019  
WILMINGTON, DE 19886-5019  
Mail Billing Inquiries to:  
BANK OF AMERICA  
P.O. BOX 15026  
WILMINGTON, DE 19850-5026

## Transactions

| Purchases and Adjustments | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| LATE FEE FOR PAYMENT DUE 05/15 | | 05/15 | 05/15 | 0383 | | 39.00 |

### WORLDPOINTS
- 0 MONTHLY EARNINGS
- 0 BONUS POINTS THIS MONTH
- 21,243 POINTS AVAILABLE

## Important Information About Your Account

YOUR PAYMENT WAS NOT RECEIVED BY THE DUE DATE. TO AVOID FUTURE FEES OR RATE INCREASES, PLEASE MAKE YOUR PAYMENTS ON TIME AND REMAIN UNDER YOUR CREDIT LIMIT. REMEMBER, IF TWICE IN 12 MONTHS YOUR PAYMENT IS RECEIVED AFTER THE DUE DATE AND/OR YOUR CREDIT LIMIT IS EXCEEDED, YOUR APR MAY INCREASE.

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE

## Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.027370% | 9.99% | S | $0.00 |
| Cash Advances | | 0.068466% | 24.99% | S | $0.00 |
| Purchases | | 0.027370% | 9.99% | S | $20,469.50 |

Annual Percentage Rate for this Billing Period: 9.99%  
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

APR Type Definitions: APR Type: S= Standard APR (APR normally in effect)

---

18   02058460001179000004000000   1083

BANK OF AMERICA  
P.O. BOX 15019  
WILMINGTON, DE 19886-5019

DONALD MCCAULEY  
101 PLANTERS CREEK DR  
MYRTLE BEACH SC 29579-8229

☐ Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.

### Payment Information
ACCOUNT NUMBER: 1083  
NEW BALANCE TOTAL: $20,584.60  
PAYMENT DUE DATE: 06/14/09  

TOTAL MINIMUM PAYMENT DUE $1,179.00  

Enter Payment Amount Enclosed $ _____

Mail this payment coupon along with a check or money order payable to: BANK OF AMERICA

⑆524022250⑆   1083⑊

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
**Donald McCauley**
Social Security No.: xxx-xx-7484
Address:
101 Planters Creek Drive, Myrtle Beach, SC 29579-

Case No. 09-81025- -
Chapter 13

Debtor

## OBJECTION TO CLAIM

**NOW COMES** the Debtor above-named, through counsel, who respectfully object to the proof of claim #9 filed by the creditor PRA Receivables Management, L.L.C., as agent for FIA Card Services, N.A. AKA Bank of America (hereinafter referred to as "PRA") and dated July 7, 2009, for the following reasons:

1. The Proof of Claim filed by PRA, does not, in contravention of Federal Bankruptcy Rule 3001(c), include a copy of the writing upon which is based or a statement of the circumstances under which such writing was lost or destroyed.

2. Accordingly, pursuant to In re Andrews, 394 B.R. 384, 388 (Bankr. E.D.N.C. 2008), this claim should not be considered presumptively valid.

3. Further, pursuant to In re Forrest, Case No. 06-01967-8-RDD (Bankr. E.D.N.C. May 22, 2009) and Unifund CCR Partners v Dover, 681 S.E.2d 565, 2009 WL 2180672 (N.C.App. July 21, 2009) the Proof of Claim does not satisfy the requirements for an account stated, namely that the Proof of Claim does not include an "itemization of credit extended to cover individual transactions." Id.

4. Further, the Proof of Claim contains no verification that either PRA or Dolores Garcia, who prepared this Proof of Claim is "in any way connected to the establishment or maintenance of the alleged credit card account..." Id.

5. Lastly, this claim is duplicative of Claim #10 also filed by PRA on July 7, 2009.

**WHEREFORE**, the Debtor prays that the Court enter an Order disallowing the claim in its entirety and that the Court preclude PRA from amending its claim without first seeking leave to do so.

Dated: May 12, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s Edward Boltz
------
Edward Boltz
North Carolina State Bar No.: 23003
1738-D Hillandale Rd.
Durham, NC 27705
(919) 286-1695
eboltz@johnorcutt.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

Donald McCauley
Social Security No.: xxx-xx-7484
Address:
101 Planters Creek Drive, Myrtle Beach, SC 29579-

Case No. 09-81025- -
Chapter 13

Debtor

## CERTIFICATE OF SERVICE

I, Ed Boltz, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on May 12, 2010. I served copies of the foregoing **OBJECTION TO CLAIM** by certified mail, return receipt requested addressed to the following parties:

PRA Receivables Management, L.L.C., as agent for FIA Card Services, N.A. AKA Bank of America
**Attn: Managing Agent**
Post Office Box 41067
Norfolk, VA 23541

and by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

/s Ed Boltz
Ed Boltz

# PRA RECEIVABLES MANAGEMENT, LLC
P.O. Box 41067  Norfolk, VA 23541-1067
PHONE (877) 829-8298   FAX (757) 961-3500

June 7, 2010

Edward Boltz, Esq.
1738-D Hillandale Rd.
Durham, NC 27705


RE:   09-81025 McCauley
      Objection to claim #10


We are in receipt of your objection to claim #10 of Portfolio Recovery Associates, LLC as being a duplicate of claim #9 of Portfolio Recovery Associates, LLC. We have reviewed both claims and have determined that they are, indeed, duplicative of each other. We request your consent allowing us to withdraw claim #10 from this case.

Please advise at your earliest convenience whether you will allow us to withdraw claim #10 from the above-referenced case.

Thank you.

James H. Clarke
Senior Bankruptcy Processing Analyst
PRA Receivables Management, LLC
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
877-829-8298 ext. 12112
jhclarke@portfoliorecovery.com