IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:  
**Donald Jay McCauley**

Case No. 09-81025  
Chapter 13

Soc.Sec.No: xxx-xx-7484
Mailing Address: 101 Planters Creek Drive
Myrtle Beach, SC 29579

Debtor.

## NOTICE OF WITHDRAWAL

Undersigned counsel for the Debtor hereby withdraws the Objection to claim number 5. Filed May 12, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s/ Edward Boltz
Edward Boltz
1738-D Hillandale Road
Durham , NC 27705
(919) 286-1695

## CERTIFICATE OF SERVICE

I, Renee Nolte, of the Law Offices of John T. Orcutt, P.C., under penalty of perjury, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on June 23, 2010, I served copies of the foregoing **NOTICE OF WITHDRAWAL**, by regular U.S. mail or Electronic notice, upon the parties set forth below:

Richard M Hutson, II
CHAPTER 13 TRUSTEE
Post Office Box 3613
Durham, NC 27702

Michael West
Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

Donald McCauley
101 Planters Creek Drive
Myrtle Beach. SC 29579

/s/ Renee Nolte
Renee Nolte